**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-4861** |
| | : | |
| **THOMAS J. FLEISCHER** | : | |

## ORDER

    **AND NOW**, this _____ day of January, 2003, upon consideration of Plaintiff's Motion for Service by Posting Property and Certified Mail and the supporting Affidavit (docket no. 2), the Court finds that Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in this action, in which Plaintiff seeks to foreclose on a real estate mortgage held by Plaintiff, against real property located within the Eastern District of Pennsylvania, situated at 3225 Randy Road, Lancaster, PA 17601.  Accordingly, it is

**ORDERED** that

    1.    Plaintiff's Motion is **GRANTED.**

    2.    The Summons and Complaint shall be served on Defendant by Plaintiff or its agent by posting a copy of these documents on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1), Pennsylvania Rule of Civil Procedure 430(a), and Pennsylvania Rule of Civil Procedure 410(c)(2).

    2.    The Summons and Complaint shall also be sent to Defendant's last known address by certified mail.

                                              **BY THE COURT:**


                                           _____

                                         **BRUCE W. KAUFFMAN, J.**