**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　　　v.<br><br>THOMAS J. FLEISCHER<br>　　　　　　Defendant(s) | Civil Action No:   02-CV-4861 |

**REQUEST FOR ENTRY OF DEFAULT**

TO:   Michael E. Kunz, Clerk
　　　United States District Court
　　　Eastern District of Pennsylvania

　　　Please enter default against the Defendant(s) in the above-captioned case. The Defendant(s) were served on March 12, 2003 (Exhibit "A"). The Defendant(s) have/has failed to answer the Complaint, or otherwise plead or defend, as required within twenty (20) days from receipt of service, required by the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GOLDBECK McCAFFERTY & McKEEVER
　　　　　　　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　(215) 627 – 1322

　　　　　　　　　　　　　　　　s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>THOMAS J. FLEISCHER<br>　　　　　Defendant(s) | Civil Action No:　02-CV-4861 |

**CERTIFICATE OF SERVICE**

　　I do hereby certify that service of the foregoing Request for Entry of Default, and Certificate of Service was made upon:

　　　　THOMAS J. FLEISCHER
　　　　3225 Randy Road
　　　　Lancaster, PA 17601

　　by mailing a true and correct copy thereof, postage prepaid, on this 4 day of April, 2003.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　GOLDBECK McCAFFERTY & McKEEVER
　　　　　　　　　　By:　Michael T. McKeever, Esquire
　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　(215) 627 – 1322

　　　　　　　　　　s/ Michael T. McKeever