# AFFIDAVIT OF SERVICE

State of PA, County of EASTERN DISTRICT Circuit Court Case Number 02-CV-4861

**Plaintiff:**
United States of America
Vs
**Defendant:**
Thomas J. Fleischer

For: **JOSEPH A. GOLDBECK, JR**
**GOLDBECK, MCCAFFERTY & MCKEEVER**

Received by DEFAULT-LINK INVESTIGATIONS, INC. on 3/3/03 to be served on **Thomas J. Fleischer, 3225 Randy Rd., Lancaster, PA 17601**. I, _Eric M. Affelbach_ being duly sworn, depose and say that on the _12_ day of _March_, 2003, at _8:01_ p.m., executed service by delivering a true copy of the **SUMMONS ON FEDERAL COMPLAINT** in accordance with state statues in the manner marked below:

( ✓ ) POSTED SERVE: SEE COMMENTS BELOW

COMMENTS: _Posted on Front Door._

Housing Type:
( ✓ ) Single     ( ) Duplex     ( ) Mobile Home     ( ) Triplex     ( ) Other_____

Addresses for additional units, Etc.: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _12_ day of _March_, _2003_ by the affiant who is personally known to me.

_Teresa A. Muyle_
Notary Public

PROCESS SERVER # _EMA_
APPOINTED IN ACCORDANCE WITH STATE STATUTES

DEFAULT-LINK INVESTIGATIONS, INC.
5449 S. SEMORAN BLVD.
SUITE 235
ORLANDO, FL 32822
(877) 737-4155

**Matter No: USA-0193**

NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Trappe Boro, Montgomery County
My Commission Expires...