IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4861 |
| | : | |
| THOMAS J. FLEISCHER | : | |

**ORDER**

**AND NOW**, this _____ day of April, 2003, Defendant having failed to appear or otherwise defend this action and the Clerk of Court having entered a default, **IT IS ORDERED** that a hearing shall be held on **June 19, 2003** at **4:00 p.m.** in **Courtroom 3-B,** Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, solely on the issue of damages.[1]

BY THE COURT:

_____
BRUCE W. KAUFFMAN, J.

---

[1] Pursuant to Fed. R. Civ. P. 55, the Court may enter a judgment by default when the defendant fails to appear in the action. "A consequence of the entry of a default judgment is that the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir. 1990) (internal quotation marks and citations omitted). In determining damages, the Court may conduct a hearing on that issue alone. Id.; see also Fed. R. Civ. P. 55(b)(2).