**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA
                Plaintiff

v.                                                                              Civil Action No: 02-CV-4861

THOMAS J. FLEISCHER
                Defendant(s)

**CERTIFICATE OF SERVICE**

I do hereby certify that service of Notice of Damages Hearing scheduled for June 19, 2003 at 4:00 p.m. in Courtroom 3-B and Certificate of Service was made upon:

    THOMAS J. FLEISCHER
    3225 Randy Road
    Lancaster, PA 17601

by mailing a true and correct copy thereof, postage prepaid, on this 6 day of May, 2003.

    Respectfully submitted,

    GOLDBECK McCAFFERTY & McKEEVER
    By: Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 500 – The Bourse Building
    111 S. Independence Mall East
    Philadelphia, PA 19106
    (215) 627 – 1322

    s/ Michael T. McKeever