**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-4861** |
| | : | |
| | : | |
| **THOMAS J. FLEISCHER** | : | |

## <u>ORDER</u>

     **AND NOW**, this _____ day of May, 2003, **IT IS ORDERED** that the default hearing,

previously scheduled for June 19, 2003, shall be held on **June 12, 2003** at **10:30 a.m.** in

**Courtroom 3-B,** Third Floor, United States Courthouse, 601 Market Street, Philadelphia,

Pennsylvania.


          **BY THE COURT:**



          _____

          **BRUCE W. KAUFFMAN, J.**