**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>v.<br><br>THOMAS J. FLEISCHER<br>                    Defendant(s) | Civil Action No: 02-CV-4861 |

**CERTIFICATE OF SERVICE**

I do hereby certify that the service of Notice of Damages Hearing re-scheduled for June 12, 2003 at 10:30 a.m. in Courtroom 3-B and Certificate of Service was made upon:

    THOMAS J. FLEISCHER
    3225 Randy Road
    Lancaster, PA 17601

by mailing a true and correct copy thereof, postage prepaid, on this 3 day of June, 2003.

                Respectfully submitted,

                GOLDBECK McCAFFERTY & McKEEVER
                By: Michael T. McKeever, Esquire
                Pennsylvania Attorney I.D. No. 56129
                Suite 500 – The Bourse Building
                111 S. Independence Mall East
                Philadelphia, PA 19106
                (215) 627 – 1322

                s/ Michael T. McKeever

Case 2:02-cv-04861-BWK    Document 10    Filed 06/03/2003    Page 2 of 2