7160 3901 9844 4264 9953

**TO:** FLEISCHER, THOMAS J.
**THOMAS J. FLEISCHER**
3225 Randy Road
Lancaster, PA 17601

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
June 19, 2003

**REFERENCE:** FLEISCHER, THOMAS J. / USA-0193
– Lancaster

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
[Postmark: JUN 19, CONTINENTAL POSTAL STORE, PHILA, PA]

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express
☐ Registered
☐ Insured
☐ COD
☐ Return Receipt (RR) for Merchandise
☐ Certified
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)

If Registered Mail, check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.

Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | LANCASTER AREA SEWER AUTHORITY<br>130 Centerville Road<br>Lancaster, PA 17602 | | | | | | | | | | | | |
| 2 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | |
| 3 | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | | |
| 4 | | EMPIRE FUNDING CORP.<br>9737 Great Hills, Tr.<br>Austin, TX 78759 | | | | | | | | | | | | |
| 5 | | OCCUPANTS/TENANTS<br>3225 Randy Road<br>Lancaster, PA 17601 | | | | | | | | | | | | |
| 6 | | FLEISCHER, THOMAS J.<br>**THOMAS J. FLEISCHER**<br>3225 Randy Road<br>Lancaster, PA 17601 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999

Complete by Typewriter, Ink, or Ball Point Pen

1423
9484 $05.400 JUN 19 03
0276 MAILED FROM ZIP CODE 19106
U.S. POSTAGE PB 2211913

Fleischer
USA

# AFFIDAVIT OF SERVICE

State of PA, County of EASTERN DISTRICT Circuit Court Case Number 02-CV-4861

**Plaintiff:**
**United States of America**
Vs
**Defendant:**
**Thomas J. Fleischer**

For: **JOSEPH A. GOLDBECK, JR**
   **GOLDBECK, MCCAFFERTY & MCKEEVER**

Received by DEFAULT-LINK INVESTIGATIONS, INC. on 6/25/2003 to be served on **Thomas J. Fleischer, 3225 Randy Rd., Lancaster, PA 17601.** I, _Tim A. Fink_, being duly sworn, depose and say that on the _27_ day of _June_, 2003, at _12:11_ _Am_., executed service by delivering a true copy of the **Notice of U.S. Marshal's Sale** in accordance with state statues in the manner marked below:

(X) POST SERVE: SEE COMMENTS BELOW
COMMENTS: _Ranch Brick_

Housing Type:
(X) Single    ( ) Duplex    ( ) Mobile Home    ( ) Triplex    ( ) Other_____

Addresses for additional units, Etc.:_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _30_ day of _June 2003_ by the affiant who is personally known to me.

_Teresa A. Minzola_
Notary Public

NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Trappe Boro, Montgomery County
My Commission Expires Dec. 5, 2005

PROCESS SERVER # _____
APPOINTED IN ACCORDANCE WITH STATE STATUTES

DEFAULT-LINK INVESTIGATIONS, INC.
5449 S. SEMORAN BLVD.
SUITE 235
ORLANDO, FL 32822
(877) 737-4155

**Matter No: USA-0193**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> THOMAS J. FLEISCHER <br><br> Defendant | CIVIL NO. 02-CV-4861 |

### AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    3225 Randy Road
    Lancaster, PA 17601

1. Name and address of Owner or Reputed Owner:

    THOMAS J. FLEISCHER
    3225 Randy Road
    Lancaster, PA 17601

2. Name and address of Defendant in the judgment:

    THOMAS J. FLEISCHER
    3225 Randy Road
    Lancaster, PA 17601

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

    PA DEPARTMENT OF PUBLIC WELFARE
    Bureau of Child Support Enforcement
    Health and Welfare Bldg. - Room 432
    P.O. Box 2675
    Harrisburg, PA 17105-2675

    DOMESTIC RELATIONS OF LANCASTER COUNTY
    40 East King Street
    PO Box 83479
    Lancaster, PA 17608

    LANCASTER AREA SEWER AUTHORITY
    130 Centerville Road
    Lancaster, PA 17602

4. Name and address of the last recorded holder of every mortgage of record:

      EMPIRE FUNDING CORP.
      9737 Great Hills, Tr.
      Austin, TX 78759

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

      OCCUPANTS/TENANTS
      3225 Randy Road
      Lancaster, PA 17601

    (attach separate sheet if more space is needed)

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: July 25, 2003

                              GOLDBECK McCAFFERTY & McKEEVER
                              BY: Joseph A. Goldbeck, Jr., Esq.
                              Attorney for Plaintiff