**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br>THOMAS J. FLEISCHER<br>　　　　　　　　Defendant(s) | Civil Action No: 02-CV-4861 |

**ORDER**

AND NOW, this ___ day of _____, 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

1. That the public sale held on September 10, 2003 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to James Whitaker, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of THOMAS J. FLEISCHER in and to the premises sold located at 3225 Randy Road, Lancaster, PA 17601.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                 Plaintiff<br>v.<br>THOMAS J. FLEISCHER<br>                 Defendant(s) | Civil Action No: 02-CV-4861 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1. In accordance with Order entered June 12, 2003 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on September 10, 2003 and sold to James Whitaker for a bid of $97,100.00.

2. The Marshal's Return of Sale is attached as Exhibit B.

3. Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4. The Order of June 12, 2003 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5. Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

                              GOLDBECK MCCAFFERTY & MCKEEVER
                              By:  Michael T. McKeever, Esquire
                              Pennsylvania Attorney I.D. No. 56129
                              Suite 500 – The Bourse Building
                              111 S. Independence Mall East
                              Philadelphia, PA 19106
                              215-627-1322

                              s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff<br>　　v.<br><br>THOMAS J. FLEISCHER<br>　　　　　　　　　Defendant(s) | Civil Action No:  02-CV-4861 |

**CERTIFICATE OF SERVICE**

　　　I certify that on October 15, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

THOMAS J. FLEISCHER
3225 Randy Road
Lancaster, PA 17601

EMPIRE FUNDING CORP.
9737 Great Hills, Tr.
Austin, TX 78759

LANCASTER AREA SEWER AUTHORITY
130 Centerville Road
Lancaster, PA 17602

OCCUPANTS/TENANTS
3225 Randy Road
Lancaster, PA 17601

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

JAMES WHITAKER
Box 442
Reamstown, PA 17567

DOMESTIC RELATIONS OF LANCASTER
COUNTY
40 East King Street
PO Box 83479
Lancaster, PA 17608

　　　　　　　　　　　　　　　　GOLDBECK MCCAFFERTY & MCKEEVER
　　　　　　　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　215-627-1322

　　　　　　　　　　　　　　　　s/ Michael T. McKeever