## ADVERTISING ORDER

U. S. Marshals Service - Department of Justice                    VOUCHER
Room 2110      601 Market St., Phila, PA 19106                    PAID B

The publisher of Lancaster Newspapers, Inc. is authorized
publish the enclosed advertisement according to the schedule bel
provided the rates are not in excess of the commercial r
charged to private individuals with the usual discounts. It i
be set solid, without paragraphing, and without any display in
heading unless otherwise expressly authorized in
specifications.

NAME OF PUBLICATION: Lancaster Newspapers, Inc.
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: August 13, 20, 27 and Septembe
2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Thomas J. Fleischer

### AUTHORITY TO ADVERTISE

DATE: July 31, 2003
CASE NUMBER: Case No. #02-4861
SIGNATURE OF AUTHORIZING OFFICIAL: _____
---------PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY OF AD HE
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4
NUMBER OF LINES IN AD: 225 lines per day
COST PER LINE: $2.41 per line + $7.50 notary fee

TOTAL COST: $2,176.50

AFFIDAVIT - This represents a true billing for the attac
advertising order, with specifications and copy, which has b
completed.
SIGNATURE OF PUBLISHER: Sharon Daly
TITLE: Billing Clerk

NAME OF PUBLICATION: Lancaster Newspapers, Inc.                 NOTARIAL S
ADDRESS: 8 W. King Street, P.O. Box 1328                    CAROLE A. GOOD, NO
Lancaster, PA  17608-1328                                   LANCASTER, LANCA
                                                            MY COMMISSION EXPIR

------------------------------------
            FOR U.S.MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared in
named publication and that this account is correct and eligible
payment.

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____        CHECK # _____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated June 12, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4861 on a judgment in the amount of $143,330.00 plus interest from June 12, 2003 rendered in the Court, in favor of the United States of America and against THOMAS J. FLEISCHER, the following described real estate located at 3225 Randy Road, Lancaster, PA 17601, shall be offered for sale on September 10, 2003 at 1:30 PM at the property address of: 3225 Randy Road, Lancaster, PA 17601, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania.

ALL THAT CERTAIN lot or piece of ground situated on the northeast side of Randy Road, in the Township of East Hempfield, County of Lancaster and Commonwealth of Pennsylvania, being Lot No. 19, Section 1, in a plan of lots known as "Aquilla Gardens", said plan being recorded in Sub-Division Plan Book 12, page 32, bounded and described as follows, to wit:

BEGINNING at a point on the northeast line of Randy Road, a corner of Lot No. 18; thence extending along said Lot No. 18, North 33 degrees 59 minutes East, a distance of 144.97 feet to a point on line of Lot No. 13; thence extending along said Lot No. 13, and a portion of Lot No. 12, South 47 degrees 7 minutes East, a distance of 112.30 feet to a point at corner of Lot No. 20; thence extending along said Lot No. 20, South 42 degrees 53 min...

...and bidder deposits balance of the purchase price within 10 days after notice from the Marshal of the first bidder's default. If no second bid be registered, the property may be sold again at the risk of the defaulting bidder, and in case of any deficiency in such resale, the defaulting bidder shall make good the same to the person injured thereby and the deposit shall be forfeited and distributed with the other funds created by the sale.

The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extent the fund created by the sale is insufficient to pay such transfer taxes.

Distribution of Proceeds: A Schedule of Proposed Distribution of the proceeds of sale will be filed with the Marshal within ten (10) days of confirmation by Court Order of the sale. No Schedule of Distribution will be filed if the property is sold to the Plaintiff for costs only. The Marshal shall distribute the proceeds of sale in accordance with the proposed Schedule of Distribution unless written exceptions are filed with the Marshal not later than ten (10) days after the filing of the proposed schedule.

For information concerning the amount that Plaintiff intends to bid or for other information you may contact:
Michelle Hartzell
Phone #: (610)775-5474
Email: mail to: Michelle.Hartzell@pa.usda.gov
or
Michael McKeever
Phone #: (215) 627-1322
Email: MMcKeever@goldbecklaw.com

For a complete list of all properties offered for sale by the Department of Agriculture, go to: http://www.resales.usda.gov/