

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. 02-CV-4861

I, **Nik C. Hannevig**, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at **3225 Randy Rd. Lancaster PA**. The public sale was held on **10 September 2003** and the highest bidder was **Brenda Whitaker**, who bid the amount of $ **97,100.00**.

_____
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania