UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>THOMAS J. FLEISCHER<br><br>Defendant | CIVIL NO. 02-CV-4861 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)  Personal Service by the ~~Sheriff's Office~~/competent adult (copy of return attached).
( )  Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )  Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9844 4264 9953

**TO:** FLEISCHER, THOMAS J.
**THOMAS J. FLEISCHER**
3225 Randy Road
Lancaster, PA 17601

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
June 19, 2003

**REFERENCE:** FLEISCHER, THOMAS J. / USA-0193
– Lancaster

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

[Postmark: CONTINENTAL POSTAL STORE, PHILA PA 19104, JUN 19 2003]

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Check type of mail:
☐ Express
☐ Registered
☐ Insured
☐ COD
☐ Return Receipt (RR) for Merchandise
☐ Certified
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)

If Registered Mail, check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. ▼

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (if Reg.) | Insured Value | Due Sender if COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Postmark and Date of Receipt | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | LANCASTER AREA SEWER AUTHORITY<br>130 Centerville Road<br>Lancaster, PA 17602 | | | | | | | | | | | | | | |
| 2 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | EMPIRE FUNDING CORP.<br>9737 Great Hills, Tr.<br>Austin, TX 78759 | | | | | | | | | | | | | | |
| 8 | | OCCUPANTS/TENANTS<br>3225 Randy Road<br>Lancaster, PA 17601 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | FLEISCHER, THOMAS J.<br>**THOMAS J. FLEISCHER**<br>3225 Randy Road<br>Lancaster, PA 17601 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

*1423 U.S. POSTAGE PB2211913*
9484  $05.40⁰  JUN 19 03
0276  MAILED FROM ZIP CODE 19106

PS Form 3877, April 1999

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See *Domestic Mail Manual* R900, S913, and S921 for limitations of coverage on insured and COD mail. See *International Mail Manual* for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

Complete by Typewriter, Ink, or Ball Point Pen

Fleischer

USA

# AFFIDAVIT OF SERVICE

State of PA, County of EASTERN DISTRICT Circuit Court Case Number 02-CV-4861

**Plaintiff:**
**United States of America**
Vs
**Defendant:**
**Thomas J. Fleischer**

**For:** JOSEPH A. GOLDBECK, JR
GOLDBECK, MCCAFFERTY & MCKEEVER

Received by DEFAULT-LINK INVESTIGATIONS, INC. on 6/25/2003 to be served on **Thomas J. Fleischer, 3225 Randy Rd., Lancaster, PA 17601**. I, _Tim R. Fink_____, being duly sworn, depose and say that on the _27_ day of _June_____, 2003, at _12:11_ _P_m., executed service by delivering a true copy of the **Notice of U.S. Marshal's Sale** in accordance with state statues in the manner marked below:

( X ) POST SERVE: SEE COMMENTS BELOW

COMMENTS: _Ranch Brick_____

Housing Type:
(X) Single      ( ) Duplex      ( ) Mobile Home      ( ) Triplex      ( ) Other_____

Addresses for additional units, Etc.:_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _30_ day of _June 2003_ by the affiant who is personally known to me.

_Teresa A. Minzola_
Notary Public

**NOTARIAL SEAL**
TERESA A. MINZOLA, Notary Public
Trappe Boro, Montgomery County
My Commission Expires Dec. 5, 2005

PROCESS SERVER # _____
APPOINTED IN ACCORDANCE WITH STATE STATUTES

DEFAULT-LINK INVESTIGATIONS, INC.
5449 S. SEMORAN BLVD.
SUITE 235
ORLANDO, FL 32822
(877) 737-4155

**Matter No: USA-0193**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> THOMAS J. FLEISCHER <br><br> Defendant | CIVIL NO. 02-CV-4861 |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        3225 Randy Road
        Lancaster, PA 17601

1. Name and address of Owner or Reputed Owner:

        THOMAS J. FLEISCHER
        3225 Randy Road
        Lancaster, PA 17601

2. Name and address of Defendant in the judgment:

        THOMAS J. FLEISCHER
        3225 Randy Road
        Lancaster, PA 17601

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        PA DEPARTMENT OF PUBLIC WELFARE
        Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF LANCASTER COUNTY
        40 East King Street
        PO Box 83479
        Lancaster, PA 17608

        LANCASTER AREA SEWER AUTHORITY
        130 Centerville Road
        Lancaster, PA 17602

4. Name and address of the last recorded holder of every mortgage of record:

    EMPIRE FUNDING CORP.
    9737 Great Hills, Tr.
    Austin, TX 78759

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

    OCCUPANTS/TENANTS
    3225 Randy Road
    Lancaster, PA 17601

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: July 25, 2003

    GOLDBECK McCAFFERTY & McKEEVER
    BY: Joseph A. Goldbeck, Jr., Esq.
    Attorney for Plaintiff

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES of AMERICA | 02-CV-4861 |
| DEFENDANT | TYPE OF PROCESS |
| THOMAS J FLEISCHER | NOTICE of US MARSHAL SALE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➡ THOMAS J. FLEISCHER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3225 RANDY ROAD LANCASTER, PA 17601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST PROPERTY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 6-19-03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 6-23-03

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6-30-03
Time: 12:35 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 54.40 | | | | 54.40 | |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**   3. NOTICE OF SERVICE   FORM USM-285 (Rev. 12/15/80)