IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-4861 |
| | : | |
| THOMAS J. FLEISCHER | : | |
| | : | |

### ORDER

**AND NOW**, this _____ day of November, 2003, upon consideration of Plaintiff's Motion for Confirmation of Public Sale (docket no. 15), representing that notice has been given to all lienholders of record and that no objection has been made to the sale within the thirty (30) day period, it is **ORDERED** that the Motion is **GRANTED**. Accordingly,

(1) The public sale held on September 10, 2003 is hereby confirmed;

(2) The United States Marshal Service is ordered and directed to execute and deliver to James Whitaker, his successors and assigns, a good and sufficient deed, conveying all the right, title and interest of Thomas J. Fleischer in and to the premises sold, located at 3225 Randy Road, Lancaster, PA 17601; and

(3) Jurisdiction is retained for such further orders or decrees as may be necessary.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**