IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-4861 |
| THOMAS J. FLEISCHER | : | |

### ORDER

**AND NOW**, this _____ day of December, 2003, upon consideration of the United States' Application for Disbursement of Proceeds (docket no. 17), and the prior Orders of this Court granting Plaintiff's Motion for Default Judgment, providing for sale of the property located at 3225 Randy Road, Lancaster, PA 17601 ("the Property"), and approving and confirming the U.S. Marshal's sale of the Property, it is **ORDERED** that the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by the Clerk of Court. It is further **ORDERED** that the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**